**827** VAN NORMAN vs. CIRCUIT JUDGE (Jackson), 45 M., 204.

To require respondent to vacate an injunction, whereby the relator was restrained from proceeding with an action where the

bill upon which it was granted was devoid of substance, and did not support the application for the writ.

Granted January 12, 1881.